FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 6 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:17CR 00145 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | 18 U.S.C. § 2252(a)(2) |
| EDGAR K. RIDDICK | ) | 18 U.S.C. § 3583 |
| | ) | 18 U.S.C. § 3571 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about February 23, 2017, in the Eastern District of Arkansas and elsewhere, the defendant,

EDGAR K. RIDDICK,

did knowingly possess and access with intent to view one or more matters which contained an image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### COUNT 2

On or about May 30, 2016, in the Eastern District of Arkansas and elsewhere, the defendant,

EDGAR K. RIDDICK,

knowingly distributed any visual depiction, using any means or facility of interstate or foreign

commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3

On or about January 4, 2017, in the Eastern District of Arkansas, and elsewhere, the defendant,

### EDGAR K. RIDDICK,

knowingly distributed any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 4

On or about February 2, 2017, in the Eastern District of Arkansas, and elsewhere, the defendant,

### EDGAR K. RIDDICK,

knowingly distributed any visual depiction, using any means or facility of interstate or foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)