# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   No. 4:17CR00145 BSM |
| | ) |
| **EDGAR K. RIDDICK** | ) |

## MOTION TO CONTINUE

The defendant, Edgar K. Riddick, moves this Court to enter an order continuing the trial of this matter pursuant to 18 U.S.C.§ 3161(h)(8)(B).

1. Riddick is charged with one count of possessing images of a minor engaged in sexually explicit conduct, a violation of 18 U.S.C. §2252(a)(4)(B), and three counts of distributing images of a minor engaged in sexually explicit conduct, violations of 18 U.S.C. §2252(a)(2).

2. The case is currently set for trial on July 24, 2017.

3. The decision of whether or not to grant a continuance is determined by 18 U.S.C. §3161(h)(8)(B). The factors the Court may consider, among others, include 1) whether the failure to grant a continuance would result in a miscarriage of justice; 2) whether the case presents unusual or complex circumstances that it would be unreasonable to expect adequate preparation in the time originally allotted, and; 3) in a case that is not unusual or complex, whether the failure to grant a continuance would unreasonably deny the defendant continuity of counsel, or a reasonable time for effective preparation, taking into account the exercise of due diligence.

4. In this case, a continuance is necessary so the parties can engage in discovery and prepare a defense.

5.      I have contacted the Assistant United States Attorney assigned to this case who has authorized me to state that he has no objection to this request.

6.      Riddick asserts that the public interest in a speedy trial, as well as the defendant's interest in a speedy trial, are outweighed by the defendant's interest in a fair trial with counsel of choice with adequate preparation time. The defendant asserts that the ends of justice will best be served by granting a continuance.

WHEREFORE, the defendant, Edgar K. Riddick, requests that the court grant a continuance of the trial in this matter.

Respectfully submitted by,

/s/J. Blake Hendrix_____
Arkansas Bar No. 86066
FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Ste. 205
Little Rock, AR  72202
(501) 376-0679
bhendrix@fc-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/J. Blake Hendrix_____